ADMIN,APPEAL,CLOSED

# U.S. District Court
## District of New Hampshire (Concord)
## CIVIL DOCKET FOR CASE #: <u>1:17−cv−00748−LM</u>

Stuart−Holt v. USA

Assigned to: Chief Judge Landya B. McCafferty

Related Case:  1:15−cr−00178−LM−2

Case in other court:  First Circuit Court of Appeals, 18−02140

First Circuit Court of Appeals, #19−02261

First Circuit Court of Appeals, #20−02076

First Circuit Court of Appeals, 19−01738

First Circuit Court of Appeals, 20−01056

Cause: 28:2255 Motion to Vacate / Correct Illegal Sentence

Date Filed: 12/26/2017

Date Terminated: 11/09/2018

Jury Demand: None

Nature of Suit: 510 Prisoner: Vacate Sentence

Jurisdiction: U.S. Government Defendant

**Petitioner**

**Zakee Stuart−Holt**

represented by  **Zakee Stuart−Holt**
13932−049
Atwater − US Penitentiary
Inmate Mail/Parcels
PO Box 019001
Atwater, CA 95301
PRO SE

V.

**Respondent**

**USA**

represented by  **Seth R. Aframe**
US Attorney's Office (NH)
James C Cleveland Federal Bldg
53 Pleasant St, 4th Flr
Concord, NH 03301
603 230−2532
Email: seth.aframe@usdoj.gov
ATTORNEY TO BE NOTICED

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/26/2017 | 1 | | MOTION to Vacate Sentence under 28 USC 2255 filed by Zakee Stuart−Holt. Notice of Filing to US Attorney with copy of the motion. See also Criminal Case No. 1:15−cr−178−02−LM. (Attachments: # 1 Envelope.) (lml) (Entered: 12/27/2017) |
| 12/26/2017 | | | Case assigned to Judge Landya B. McCafferty. The case designation is: 1:17−cv−748−LM. Please show this number with the judge designation on all future pleadings. (lml) (Entered: 12/27/2017) |
| 12/27/2017 | | | |

| | | | |
|---|---|---|---|
| | | | NOTICE of Filing − Case filed under 28 U.S.C. 2255. A copy of the petition has been electronically sent via ECF to your office. No further action is required by the United States Attorney unless directed by the presiding judge.(lml) (Entered: 12/27/2017) |
| 12/27/2017 | | | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. Pro se litigants are not required to file electronically and may continue to file documents in paper format. Persons filing electronically are strongly encouraged to complete the interactive training modules available on the courts website. To access these modules, click HERE. (lml) (Entered: 12/27/2017) |
| 01/03/2018 | 2 | | **ORDER RE 1 Motion to Vacate Sentence − 2255. So Ordered by Judge Landya B. McCafferty.(js) (Entered: 01/03/2018)** |
| 02/05/2018 | 3 | | MOTION for Leave to File Amended/Supplemented Motion Pursuant to 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed by Zakee Stuart−Holt. (Attachments: # 1 Amended Motion, # 2 Envelope)(js) (Entered: 02/07/2018) |
| 02/07/2018 | | | **ENDORSED ORDER granting 3 Motion for Leave to File Amended/Supplemented Motion Pursuant to 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. *Text of Order: Granted.* So Ordered by Judge Landya B. McCafferty.(js) (Entered: 02/07/2018)** |
| 02/07/2018 | 4 | | AMENDED MOTION to Vacate Sentence pursuant to 28 USC 2255 filed by Zakee Stuart−Holt. Related document: 1 Motion to Vacate Sentence − 2255 filed by Zakee Stuart−Holt.(js) (Entered: 02/07/2018) |
| 02/07/2018 | 6 | | **ORDER RE 4 Amended Motion to Vacate Sentence − pursuant to 2255. So Ordered by Judge Landya B. McCafferty.(js) (Entered: 02/08/2018)** |
| 02/08/2018 | 5 | | NOTICE of Attorney Appearance by Seth R. Aframe on behalf of USA Attorney Seth R. Aframe added to party USA(pty:res).(Aframe, Seth) (Entered: 02/08/2018) |
| 03/26/2018 | 7 | | MOTION to Extend Time to Answer to April 9, 2018 filed by USA. Follow up on Objection on 4/9/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Aframe, Seth) (Entered: 03/26/2018) |
| 04/06/2018 | 8 | | MOTION for Leave to File Supplemented Motion Pursuant to Rule 15c of the Federal Rules of Civil Procedure filed by Zakee Stuart−Holt. Served on 4/9/2018 via CM/ECF. (Attachments: # 1 Supplement, # 2 Envelope)(js) (Entered: 04/09/2018) |
| 04/09/2018 | | | **ENDORSED ORDER granting 7 Motion to Extend Time to Answer; granting 8 Motion for Leave to File to File Supplemented Motion Pursuant to Rule 15c of the Federal Rules of Civil Procedure. *Text of Order: Document number 8 is granted and petitioner now has until May 9, 2018, to file his supplement. In light of the extension for petitioner to file a supplement, the government's request for an extension to answer (doc. no. 7) is granted. The government shall file its answer on or before May 30, 2018. So*** |

| | | |
|---|---|---|
| | | **Ordered by Judge Landya B. McCafferty.(Answer Follow Up on 5/30/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).) (gla) (Entered: 04/09/2018)** |
| 04/23/2018 | 9 | Addendum to 4 Amended Motion to Vacate Sentence − pursuant to 2255 by Zakee Stuart−Holt. (Attachments: # 1 Cover Letter & Envelope)(js) (Entered: 04/25/2018) |
| 04/23/2018 | 10 | MOTION to Join 2255 with Co Defendant Jeannette Hardy in Accordance with the Rules of Civil Procedure filed by Zakee Stuart−Holt. Served on 4/25/2018 via CM/ECF. Follow up on Objection on 5/7/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Cover Letter & Envelope)(js) (Entered: 04/25/2018) |
| 05/16/2018 | 11 | RESPONSE to Motion re 4 Amended Motion to Vacate Sentence − pursuant to 2255 filed by USA. (Aframe, Seth) (Entered: 05/16/2018) |
| 07/16/2018 | 12 | MOTION to Expedite Decision filed by Zakee Stuart−Holt. Served on 7/17/2018 via CM/ECF. Follow up on Objection on 7/31/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(js) Modified on 7/17/2018 to change date filed to 7/16/2018 (js). (Entered: 07/17/2018) |
| 07/16/2018 | 13 | Letter to Clerk from Zakee Stuart−Holt re: Request for Copies. (js) (Entered: 07/17/2018) |
| 07/18/2018 | | **ENDORSED ORDER denying 12 Motion to Expedite Decision.** *Text of Order: Denied. The government filed its response to the petitioner's motion on May 16, 2018. See doc. no. 11. The response included a certificate of service which states that a copy of the response had been forwarded to the petitioner. See id. at 6. The clerk's office shall send a copy of document no. 11 to the petitioner. The petitioner may file a reply to the government's response on or before August 17, 2018.* **So Ordered by Judge Landya B. McCafferty.(js)** (Entered: 07/18/2018) |
| 07/18/2018 | 14 | Letter to Zakee Stuart−Holt from Deputy Clerk re: Request for Copies. (js) (Entered: 07/18/2018) |
| 07/26/2018 | | ORAL NOTICE of Change of Address. Zakee Stuart−Holt #13932−049 FCI Pollock FEDERAL CORRECTIONAL INSTITUTION SATELLITE CAMP P.O. BOX 2099 POLLOCK, LA 71467 (vln) (Entered: 07/26/2018) |
| 07/26/2018 | 15 | REPLY re 11 Response to Motion− Motion to Dismiss Government's Motion Objecting to Petitioner's 28 U.S.C. § 2255 Habeas Corpus filed by Zakee Stuart−Holt. (Attachments: # 1 Cover Letter & Envelope)(js) (Entered: 07/31/2018) |
| 08/13/2018 | 16 | RESPONSE re 11 Response to Motion − Motion Responding to Government's Motion Objecting to Petitioner's Request for Relief filed by Zakee Stuart−Holt. (Attachments: # 1 Cover Leter, # 2 Envelope)(de) (Entered: 08/13/2018) |
| 09/10/2018 | 17 | MOTION for the Court to take Judicial Notice in Regards to the Below Stated Occurances that Support Petitioner's 28 U.S.C. 2255 filed by Zakee Stuart−Holt. Served on 9/10/2018 via CM/ECF. Follow up on Objection on 9/24/2018. The court only follow up date DOES NOT include 3 additional days that may apply |

| | | |
|---|---|---|
| | | per FRCP 6(d) and FRCrP 45(c). (Attachments: # <u>1</u> Envelope)(js) (Entered: 09/10/2018) |
| 09/13/2018 | <u>18</u> | MOTION to Amend/Supplement <u>17</u> MOTION for the Court to take Judicial Notice in Regards to the Below Stated Occurances that Support Petitioner's 28 U.S.C. 2255 filed by Zakee Stuart−Holt. Served on 9/13/2018 via CM/ECF. Follow up on Objection on 9/27/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # <u>1</u> Envelope)(js) (Entered: 09/13/2018) |
| 09/28/2018 | <u>19</u> | MOTION to Expedite Judge's decision in petitioners 28 U.S.C. 2255 filed by Zakee Stuart−Holt. Served on 9/28/2018 via CM/ECF. Follow up on Objection on 10/12/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # <u>1</u> Envelope)(js) (Entered: 09/28/2018) |
| 11/08/2018 | <u>20</u> | **///ORDER RE <u>4</u> AMENDED MOTION to Vacate Sentence pursuant to 28 USC 2255; <u>10</u> Motion for Joinder; <u>17</u> Motion; <u>18</u> Motion to Amend; <u>19</u> Motion to Expedite.**<br><br>**For the foregoing reasons, Stuart−Holt's motion to join petitions (doc. no. 10) is denied to the extent it seeks to join his petition with Hardy's, but granted to the extent it seeks to adopt Hardy's arguments and law cited in her § 2255 petition and subsequent filings. His motion for relief under 28 U.S.C. § 2255 (doc. no. 4) is denied. Because Stuart−Holt has not made a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11(a), Rules Governing Section 2255 Proceedings. The clerk of court shall enter judgment accordingly and close the case. So Ordered by Chief Judge Landya B. McCafferty.(js) (Entered: 11/08/2018)** |
| 11/09/2018 | <u>21</u> | **JUDGMENT is hereby entered in accordance with <u>20</u> Order. Signed by Tracy A. Uhrin, Chief Deputy Clerk. *(Case Closed)* (js) (Entered: 11/09/2018)** |
| 11/16/2018 | <u>22</u> | MOTION Seeking Judicial Notice filed by Zakee Stuart−Holt.(js) (Entered: 11/16/2018) |
| 11/26/2018 | <u>23</u> | MOTION for Reconsideration re <u>20</u> ORDER RE <u>4</u> AMENDED MOTION to Vacate Sentence pursuant to 28 USC 2255; <u>10</u> Motion for Joinder; <u>17</u> Motion; <u>18</u> Motion to Amend; <u>19</u> Motion to Expedite. filed by Zakee Stuart−Holt. Served on 11/26/2018. Follow up on Objection on 12/10/2018. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # <u>1</u> Envelope)(js) (Entered: 11/27/2018) |
| 11/26/2018 | <u>24</u> | NOTICE OF APPEAL as to <u>20</u> ORDER RE <u>4</u> AMENDED MOTION to Vacate Sentence pursuant to 28 USC 2255; <u>10</u> Motion for Joinder; <u>17</u> Motion; <u>18</u> Motion to Expedite by Zakee Stuart−Holt. Filing fee $ 0. File−stamped copy to be sent to parties/USCA by Clerks Office.<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at <u>http://pacer.psc.uscourts.gov/cmecf/</u>. Counsel and pro se parties should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information** |

| | | | |
|---|---|---|---|
| | | | section at  http://www.ca1.uscourts.gov/cmecf(js) (Entered: 11/27/2018) |
| 11/27/2018 | | | **ENDORSED ORDER denying 22 Motion Seeking Judicial Notice.** *Text of Order: Denied for the reasons stated in the court's November 8, 2018 order.* **So Ordered by Chief Judge Landya B. McCafferty.**(gla) (Entered: 11/27/2018) |
| 11/27/2018 | | | **ENDORSED ORDER denying 23 Motion for Reconsideration Re: 20 ORDER RE 4 AMENDED MOTION to Vacate Sentence.** *Text of Order: Document number 23 reiterates arguments already considered and rejected. The motion for reconsideration is therefore denied.* **So Ordered by Chief Judge Landya B. McCafferty.**(js) (Entered: 11/27/2018) |
| 11/27/2018 | 25 | | Appeal Cover Sheet as to 24 Notice of Appeal filed by Zakee Stuart−Holt. (js) (Entered: 11/27/2018) |
| 11/27/2018 | 26 | | Clerk's Certificate transmitting Record on Appeal to US Court of Appeals, documents numbered 20, 21, 24−26, re 24 Notice of Appeal. A copy of the Notice of Appeal mailed to all parties this date.(js) (Entered: 11/27/2018) |
| 11/28/2018 | | | Appellate Case Number: First Circuit Court of Appeals #18−2140 re 24 Notice of Appeal filed by Zakee Stuart−Holt.(js) (Entered: 11/28/2018) |
| 12/26/2018 | 27 | | MOTION to Proceed in forma pauperis on Appeal filed by Zakee Stuart−Holt. Served on 12/26/2018.(js) (Entered: 12/26/2018) |
| 03/01/2019 | 28 | | **ORDER taking under advisement 27 Motion to Proceed In Forma Pauperis on Appeal. So Ordered by Magistrate Judge Andrea K. Johnstone.**(js) (Entered: 03/04/2019) |
| 03/26/2019 | 29 | | FINANCIAL AFFIDAVIT re: 27 Motion to Proceed in forma pauperis on Appeal by Zakee Stuart−Holt (Attachments: # 1 Envelope)(js) (Entered: 03/26/2019) |
| 03/26/2019 | 30 | | MOTION for Transcripts at Government Expense filed by Zakee Stuart−Holt. Follow up on Objection on 4/9/2019. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Attachment, # 2 Envelope)(js) (Entered: 03/26/2019) |
| 04/26/2019 | 31 | | **ORDER taking under advisement 27 Motion to Proceed In Forma Pauperis on Appeal; taking under advisement 30 Motion for for Transcripts. So Ordered by Magistrate Judge Andrea K. Johnstone.**(js) (Entered: 04/26/2019) |
| 06/12/2019 | 32 | | **ORDER granting 27 Motion to Proceed In Forma Pauperis on Appeal; denying without prejudice 30 Motion for Transcripts at Government Expense. So Ordered by Magistrate Judge Andrea K. Johnstone.**(js) (Entered: 06/12/2019) |
| 06/12/2019 | 33 | | Clerk's Supplemental Certificate transmitted to US Court of Appeals re 24 Notice of Appeal with documents numbered 27, 30, 32, 33.(js) (Entered: 06/12/2019) |
| 06/20/2019 | 34 | | Addendum by Zakee Stuart−Holt. (js) (Entered: 06/20/2019) |
| 06/21/2019 | 35 | | **ORDER RE 34 Addendum. The court: (1) construes the Addendum (Doc. No. 34) as a motion to reconsider the June 12, 2019 Order (Doc. No. 32);** |

| | | |
|---|---|---|
| | | and (2) grants, in part, that motion to reconsider (Doc. No. 34), to the extent that the August 18, 2016 change of plea hearing in United States v. Stuart−Holt, No. 1:15−cr−00178−LM−2 (D.N.H.), shall be transcribed at government expense, under 28 U.S.C. § 753(f), and produced to Stuart−Holt. The remaining relief requested in the Addendum (Doc. No. 34) is denied. So Ordered by Chief Judge Landya B. McCafferty.(js) (Entered: 06/21/2019) |
| 06/21/2019 | 36 | Clerk's Supplemental Certificate transmitted to US Court of Appeals re 24 Notice of Appeal with documents numbered 34−36.(js) (Entered: 06/21/2019) |
| 07/22/2019 | 37 | NOTICE OF APPEAL as to Order on Motion for Reconsideration, by Zakee Stuart−Holt. Filing fee $ NOT PAID. File−stamped copy to be sent to parties/USCA by Clerks Office.<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel and pro se parties should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at  http://www.ca1.uscourts.gov/cmecf**(js) (Entered: 07/23/2019) |
| 07/23/2019 | 38 | Appeal Cover Sheet as to 37 Notice of Appeal filed by Zakee Stuart−Holt. (js) (Entered: 07/23/2019) |
| 07/23/2019 | 39 | Clerk's Certificate transmitting Record on Appeal to US Court of Appeals, documents numbered Endorsed Order dated 11/27/2018; 37−39, re 37 Notice of Appeal. A copy of the Notice of Appeal mailed to all parties this date.(js) (Entered: 07/23/2019) |
| 07/24/2019 | | Appellate Case Number: First Circuit Court of Appeals #19−1738 re 37 Notice of Appeal filed by Zakee Stuart−Holt.(js) (Entered: 07/24/2019) |
| 07/26/2019 | | CJA 24 Payment Information Authorization given under the Criminal Justice Act to pay for transcript preparation. **Susan M. Bateman:** Change of Plea Hearing, $109.50. (mp) (Entered: 07/26/2019) |
| 09/23/2019 | 40 | MOTION Pursuant to Rule 60(B)(1) of the Federal Rules of Civil Procedure filed by Zakee Stuart−Holt. (Attachments: # 1 Envelope)(js) (Entered: 09/23/2019) |
| 09/25/2019 | 41 | USCA JUDGMENT as to 24 Notice of Appeal, 37 Notice of Appeal filed by Zakee Stuart−Holt. The application for COA is denied, and Appeal No. 18−2140 is terminated. As to Appeal No. 19−1738− We therefore affirm that ruling. See 1st Cir. R. 27.0(c) (court may affirm at any time if no substantial question presented).(js) (Entered: 09/25/2019) |
| 11/07/2019 | | **ENDORSED ORDER denying 40 Motion for Pursuant to Rule 60(B)(1) of the Federal Rules of Civil Procedure.** *Text of Order: The motion to reconsider (Doc. No. 40) does not raise any issues that were not previously considered and rejected, or which otherwise could warrant reconsideration of the Order denying his section 2255 motion. See, e.g., Nov. 8, 2018 Order (Doc. No. 2), slip op. at 13. Stuart−Holt has failed to highlight any arguments that counsel did not make in the suppression hearing, which would have changed the outcome if they had been made.* **So Ordered by Chief Judge Landya B. McCafferty.**(js) (Entered: 11/07/2019) |

| | | |
|---|---|---|
| 11/18/2019 | 42 | MANDATE of USCA as to 41 Judgment, 37 Notice of Appeal, 24 Notice of Appeal filed by Zakee Stuart−Holt. In accordance with the judgment of September 24, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.(js) (Entered: 11/18/2019) |
| 12/09/2019 | 43 | NOTICE OF APPEAL as to Endorsed Order on Motion Pursuant to Rule 60(B)(1) of the Federal Rules of Civil Procedure by Zakee Stuart−Holt. File−stamped copy to be sent to parties/USCA by Clerk's Office.<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel and pro se parties should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at  http://www.ca1.uscourts.gov/cmecf**(js) (Entered: 12/10/2019) |
| 12/09/2019 | 44 | Appeal Cover Sheet as to 43 Notice of Appeal filed by Zakee Stuart−Holt. (js) (Entered: 12/10/2019) |
| 12/10/2019 | 45 | Clerk's Certificate transmitting Record on Appeal to US Court of Appeals, documents numbered 43−45, Endorsed Order dated 11/7/2019, re 43 Notice of Appeal. A copy of the Notice of Appeal mailed & electronically mailed to all parties this date.(js) (Entered: 12/10/2019) |
| 12/11/2019 | | Appellate Case Number: First Circuit Court of Appeals #19−2261 re 43 Notice of Appeal filed by Zakee Stuart−Holt.(js) (Entered: 12/11/2019) |
| 12/16/2019 | 47 | MOTION to Void Judgment Pursuant to Rule 60(B)(4) of the Fed.R.Civ.P. filed by Zakee Stuart−Holt.(js) (Entered: 12/17/2019) |
| 12/17/2019 | 46 | MANDATE of USCA as to 41 Judgment, 37 Notice of Appeal filed by Zakee Stuart−Holt. In accordance with the judgment of September 24, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.(js) (Entered: 12/17/2019) |
| 12/19/2019 | | **ENDORSED ORDER denying 47 Motion to Void Judgment Pursuant to Rule 60(B)(4) of the Fed.R.Civ.P.** *Text of Order: Denied.* **So Ordered by Chief Judge Landya B. McCafferty.**(gla) (Entered: 12/19/2019) |
| 01/06/2020 | 48 | NOTICE OF APPEAL as to Endorsed Order denying 47 Motion to Void Judgment Pursuant to Rule 60(B)(4) of the Fed.R.Civ.P. by Zakee Stuart−Holt. Filing fee NOT PAID. File−stamped copy to be sent to parties/USCA by Clerks Office.<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel and pro se parties should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at  http://www.ca1.uscourts.gov/cmecf**(js) (Entered: 01/06/2020) |
| 01/06/2020 | 49 | Appeal Cover Sheet as to 48 Notice of Appeal filed by Zakee Stuart−Holt. (js) (Entered: 01/06/2020) |
| 01/06/2020 | 50 | Clerk's Certificate transmitting Record on Appeal to US Court of Appeals documents numbered 48−50, Endorsed Order dated December 19, 2019, re 48 Notice of Appeal. A copy of the Notice of Appeal mailed to all parties this |

| | | | |
|---|---|---|---|
| | | | date.(js) (Entered: 01/06/2020) |
| 01/09/2020 | | | Appellate Case Number: First Circuit Court of Appeals #20−1056 re 48 Notice of Appeal filed by Zakee Stuart−Holt.(js) (Entered: 01/09/2020) |
| 01/22/2020 | 51 | | NOTICE of Mail Returned− Return to Sender− Refused re 49 Appeal Cover Sheet, 50 Clerk's Certificate, 48 Notice of Appeal.(js) (Entered: 01/22/2020) |
| 01/30/2020 | 52 | | ORDER of USCA as to 43 Notice of Appeal filed by Zakee Stuart−Holt, 48 Notice of Appeal filed by Zakee Stuart−Holt. Appeal Nos. 19−2261 and 20−1056 are hereby consolidated. The cases cannot go forward unless a certificate of appealability issues. 28 U.S.C. ' 2253. Pursuant to Rule 11(a) of the Rules Governing Section 2255 Proceedings, "the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." On December 19, 2019 the district court entered a final order adverse to the petitioner but failed to address whether a certificate of appealability would issue. The district court is requested to issue or deny a certificate of appealability within two weeks of the date of this order and to forward its decision to this court. (de) (Entered: 01/30/2020) |
| 01/30/2020 | | | **ENDORSED ORDER.** *Text of Order: On December 19, 2019, the court denied Stuart−Holt's motion to void judgment (doc. no. 47). Stuart−Holt has not made a substantial showing of the denial of a constitutional right and, therefore, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253; Rule 11(a), Rules Governing Section 2255 Proceedings.* **So Ordered by Chief Judge Landya B. McCafferty.**(de) (Entered: 01/30/2020) |
| 01/30/2020 | 53 | | Clerk's Supplemental Certificate transmitted to US Court of Appeals re 43 Notice of Appeal, 48 Notice of Appeal with Endorsed Order dated 1/30/2020.(de) (Entered: 01/30/2020) |
| 02/03/2020 | 54 | | ORDER OF COURT of USCA as to 43 Notice of Appeal, 48 Notice of Appeal, filed by Zakee Stuart−Holt. (js) (Entered: 02/05/2020) |
| 04/17/2020 | 55 | | MOTION to Void Judgment for Fraud Upon the Court Pursuant to Fed.R.Civ.P. 60(d)(3) filed by Zakee Stuart−Holt. (Attachments: # 1 Envelope)(js) (Entered: 04/21/2020) |
| 07/10/2020 | | | **ENDORSED ORDER denying 55 Motion to Void Judgment for Fraud Upon the Court Pursuant to Fed.R.Civ.P. 60(d)(3).** *Text of Order: The pending Motion to Void Judgment (doc. no. 55) asserts that, at Stuart−Holt's change of plea hearing and in preparing Stuart−Holt's plea agreement, see 15−cr−178, doc. no. 60 at 4−5, the United States defrauded the court by reciting an inaccurate figure for the quantity of controlled substance with which Stuart−Holt was charged. In support of the motion, Stuart−Holt does not identify facts constituting fraud on the court or otherwise constituting good grounds for vacating the judgment. Accordingly, the motion is denied.* **So Ordered by Chief Judge Landya B. McCafferty.**(js) (Entered: 07/10/2020) |
| 09/21/2020 | 56 | | MOTION for Reconsideration re Order on Motion to Void Judgment for Fraud Upon the Court Pursuant to Fed.R.Civ.P. 60(d)(3) filed by Zakee Stuart−Holt.Follow up on Objection on 10/5/2020. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(js) (Entered: 09/22/2020) |

| 09/24/2020 | | | **ENDORSED ORDER denying 56 Motion for Reconsideration RE Order on Motion to Void Judgment for Fraud Upon the Court Pursuant to Fed.R.Civ.P. 60(d)(3).** *Text of Order: In support of his motion for reconsideration (doc. no. 56), Stuart−Holt identifies no newly discovered evidence that, in the exercise of reasonable diligence, could not have been discovered prior to entry of judgment. In addition, Stuart−Holt identifies no clear error in the court's July 10, 2020, disposition of his Motion to Void Judgment (doc. no. 55). Accordingly, Stuart−Holt's motion for reconsideration is denied.* **So Ordered by Chief Judge Landya B. McCafferty.(js) (Entered: 09/25/2020)** |
| 09/25/2020 | 57 | | MOTION to Void Judgment of Conviction Pursuant to Fed.R.Civ.P. 60(B)(4)i filed by Zakee Stuart−Holt.Follow up on Objection on 10/9/2020. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(js) (Entered: 09/28/2020) |
| 09/30/2020 | 58 | | **ORDER denying 57 Motion for to Void Judgment of Conviction Pursuant to Fed.R.Civ.P. 60(B)(4)i. The motion is denied with leave to refile should the First Circuit issue an order authorizing this court to consider its merits. So Ordered by Chief Judge Landya B. McCafferty.(gla) (Entered: 09/30/2020)** |
| 10/19/2020 | 59 | | MOTION to Void Judgment pursuant to Fed.R.Civ. P. 60(B)(4) for Fraud/Fraud upon the Court filed by Zakee Stuart−Holt. (Attachments: # 1 Envelope)(js) (Entered: 10/19/2020) |
| 10/20/2020 | | | **ENDORSED ORDER denying 59 Motion for to Void Judgment pursuant to Fed.R.Civ. P. 60(B)(4) for Fraud/Fraud upon the Court.** *Text of Order: Petitioner Stuart−Holt once again moves pursuant to Federal Rule of Civil Procedure 60(b) for relief from judgment in this action (doc. no. 59). In support, Stuart−Holt relies both (i) on new grounds for relief that could have been raised in support of his original habeas corpus petition and (ii) on grounds he has already raised in support of earlier−filed motions for reconsideration or for relief from judgment. To the extent Stuart−Holts motion is premised on new grounds for relief that could have been raised in support of his original habeas corpus petition, it is denied for the same reasons and on the same terms discussed in the courts order (doc. no. 58) denying the Rule 60(b) motion he filed on September 25, 2020 (doc. no. 57). To the extent the motion is premised on grounds raised in previous motions, it is denied because Stuart−Holt identifies no newly discovered evidence and no clear error in the courts judgment. Finally, the motion suggests that Stuart−Holt may intend to appeal the courts previous order (doc. no. 58). If Stuart−Holt intends to appeal that order, he may do so by filing a notice of appeal.* **So Ordered by Chief Judge Landya B. McCafferty.(js) (Entered: 10/23/2020)** |
| 10/23/2020 | 60 | | Letter to Zakee Stuart−Holt from Deputy Clerk re: Request for Copies. (js) (Entered: 10/23/2020) |
| 10/30/2020 | 61 | | MOTION for Reconsideration re ENDORSED ORDER denying 59 Motion for to Void Judgment pursuant to Fed.R.Civ. P. 60(B)(4) for Fraud/Fraud upon the Court filed by Zakee Stuart−Holt. (js) (Entered: 11/02/2020) |
| 10/30/2020 | 62 | | |

| | | |
|---|---|---|
| | | MOTION to Void Judgment of Conviction Pursuant to Fed.R.Civ.P. 60(d)(3) for Fraud Upon the Court filed by Zakee Stuart−Holt.(js) (Entered: 11/02/2020) |
| 10/30/2020 | 63 | NOTICE OF APPEAL as to 58 Order denying 57 Motion to Void Judgment of Conviction Pursuant to Fed.R.Civ.P. 60(B)(4)i by Zakee Stuart−Holt. Filing fee NOT PAID. File−stamped copy to be sent to parties/USCA by Clerks Office.<br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf/. Counsel and pro se parties should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at  http://www.ca1.uscourts.gov/cmecf**(js) (Entered: 11/02/2020) |
| 11/02/2020 | 64 | MOTION for Reconsideration re 58 Order denying 57 Motion to Void Judgment of Conviction Pursuant to Fed.R.Civ.P. 60(B)(4)i filed by Zakee Stuart−Holt. (js) (Entered: 11/02/2020) |
| 11/04/2020 | | **ENDORSED ORDER denying 64 Motion for Reconsideration Re: 58 Order denying 57 Motion for to Void Judgment of Conviction Pursuant to Fed.R.Civ.P. 60(B)(4)i.** *Text of Order: Document number 64 is denied.* **So Ordered by Chief Judge Landya B. McCafferty.**(js) (Entered: 11/05/2020) |
| 11/05/2020 | 65 | Appeal Cover Sheet as to 63 Notice of Appeal filed by Zakee Stuart−Holt. (js) (Entered: 11/05/2020) |
| 11/05/2020 | 66 | Clerk's Certificate transmitting Record on Appeal to US Court of Appeals documents numbered 57, 58, 63−66, Endorsed Order dated 11/4/2020, re 63 Notice of Appeal. A copy of the Notice of Appeal mailed to all parties this date.(js) (Entered: 11/05/2020) |
| 11/06/2020 | | Appellate Case Number: First Circuit Court of Appeals #20−2076 re 63 Notice of Appeal filed by Zakee Stuart−Holt.(js) (Entered: 11/06/2020) |
| 11/06/2020 | | **ENDORSED ORDER denying 61 Motion for Reconsideration re ENDORSED ORDER denying 59 Motion to Void Judgment pursuant to Fed.R.Civ. P. 60(B)(4) for Fraud/Fraud upon the Court.** *Text of Order: Petitioner Stuart−Holt moves for reconsideration of the court's October 20, 2020 order denying Stuart−Holt's Motion to Void Judgment (doc. no. 59). In support of his motion (doc. no. 61), Stuart−Holt identifies no newly discovered evidence that, in the exercise of reasonable diligence, could not have been discovered prior to entry of judgment. In addition, Stuart−Holt identifies no clear error in the court's previous disposition. Accordingly, Stuart−Holt's motion for reconsideration is denied.* **So Ordered by Chief Judge Landya B. McCafferty.(js)** (Entered: 11/06/2020) |
| 11/06/2020 | | **ENDORSED ORDER denying 62 Motion to Void Judgment of Conviction Pursuant to Fed.R.Civ.P. 60(d)(3) for Fraud Upon the Court.** *Text of Order: Petitioner Stuart−Holt moves to void the judgment against him pursuant to Federal Rule of Civil Procedure 60(d)(3) (doc. no. 62). In support, Stuart−Holt asserts, as he has previously asserted, that the United States defrauded the court by reciting an inaccurate figure for the quantity of controlled substance with which Stuart−Holt was charged, and by identifying the controlled substance as heroin rather than as suspected heroin. The motion is denied for the same reasons discussed in the court's order of July 10, 2020, denying Stuart−Holt's previous motion to void judgment. So* |

| | | | |
|---|---|---|---|
| | | | Ordered by Chief Judge Landya B. McCafferty.(js) (Entered: 11/06/2020) |
| 12/08/2020 | 67 | | ORDER OF COURT of USCA as to 63 Notice of Appeal filed by Zakee Stuart−Holt. (js) (Entered: 12/08/2020) |
| 12/09/2020 | 68 | | **ORDER. Because Stuart−Holt has not made a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability of its order dated September 30, 2020 (doc. no. 58). See 28 U.S.C. § 2253(c)(2); Rule 11(a), Rules Governing Section 2255 Proceedings. So Ordered by Chief Judge Landya B. McCafferty.(js) (Entered: 12/09/2020)** |
| 12/09/2020 | 69 | | Clerk's Supplemental Certificate transmitted to US Court of Appeals re 63 Notice of Appeal with documents numbered 68 & 69.(js) (Entered: 12/09/2020) |
| 12/18/2020 | 70 | | MOTION to Void Judgment of Conviction Pursuant to Fed.R.Civ.P. 60(d)(3) for Fraud Fraud Upon the Court filed by Zakee Stuart−Holt.Follow up on Objection on 1/4/2021. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Envelope)(js) (Entered: 12/22/2020) |
| 01/13/2021 | | | **ENDORSED ORDER denying 70 Motion to Void Judgment of Conviction Pursuant to Fed.R.Civ.P. 60(d)(3) for Fraud Fraud Upon the Court.** *Text of Order: Petitioner Stuart−Holt moves to void the judgment against him pursuant to Federal Rule of Civil Procedure 60(d)(3) (doc. no. 70). In support, petitioner asserts that the court defrauded itself by permitting petitioner, through his plea agreement, to waive the right to challenge any aspect of his sentencing collaterally, notwithstanding that the right to challenge subject−matter jurisdiction cannot be waived. Petitioner's argument is patently frivolous, both in that the court cannot defraud itself and in that the described circumstances do not constitute fraud upon the court. The motion is therefore denied. Because Stuart−Holt has not made a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability of this order. See 28 U.S.C. § 2253(c)(2); Rule 11(a), Rules Governing Section 2255 Proceedings.* **So Ordered by Chief Judge Landya B. McCafferty.(js) (Entered: 01/13/2021)** |
| 07/19/2021 | 71 | | MOTION for Reconsideration re Order on Motion to Void Judgment of Conviction Pursuant to Fed.R.Civ.P. 60(d)(3) for Fraud Upon the Court filed by Zakee Stuart−Holt.(js) (Entered: 07/20/2021) |
| 07/21/2021 | | | **ENDORSED ORDER denying 71 Motion to Reconsider the Order on Motion to Void Judgment of Conviction Pursuant to Fed.R.Civ.P. 60(d)(3) for Fraud Upon the Court.** *Text of Order: Petitioner Stuart−Holt moves for reconsideration of the court's January 13, 2021 order denying Stuart−Holt's Motion to Void Judgment (doc. no. 70). In support of his motion (doc. no. 71), Stuart−Holt argues that the court's order was based on clear legal error insofar as it observed that the court cannot defraud itself and found that Stuart−Holt had not described circumstances constituting fraud upon the court. The court's January 13, 2021 order was not based on clear error. "[F]raud on the court is limited to fraud that seriously affects the integrity of the normal process of adjudication, defiles the court itself, and prevents the judicial machinery from performing its usual function−−for example, bribery of a judge or jury tampering." Torres v. Bella Vista Hosp., Inc., 914 F3d 15, 19 (1st Cir. 2019) (citations, internal modifications, and quotation marks* |

| | | |
|---|---|---|
| | | *omitted); see also Roger Edwards, LLC v. Fiddes & Son, 427 F3d 129, 133 (1st Cir. 2005) (fraud on the court refers to an unconscionable scheme calculated to interfere with the judicial systems ability impartially to adjudicate a matter marked by the most egregious conduct involving a corruption of the judicial process itself) (citations and quotation marks omitted); Estes v. ECMC Grp., Inc., No. 19−cv−822−LM, 2021 WL 50076, at *1 (D.N.H. Jan. 6, 2021) (the type of conduct that would qualify as fraud on the court must be something on the order of bribing a judge) (citations and quotation marks omitted). Accordingly, Stuart−Holt's motion for reconsideration (doc. no. 71) is denied.* **So Ordered by Chief Judge Landya B. McCafferty. (gla) (Entered: 07/21/2021)** |
| 07/22/2021 | <u>72</u> | MOTION to Void Judgment Pursuant to Fed.R.Civ.P. 60(B)(4) for Fraud on the Court filed by Zakee Stuart−Holt. (Attachments: # <u>1</u> Envelope)(js) (Entered: 07/22/2021) |
| 09/24/2021 | <u>73</u> | **ORDER denying <u>72</u> Motion for Void Judgment. Because Stuart−Holt has not made a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability of this order. So Ordered by Chief Judge Landya B. McCafferty. (gla) (Entered: 09/24/2021)** |
| 07/25/2022 | <u>74</u> | MOTION to Void 28 U.S.C. 2255 JUDGMENT, pursuant to Fed.R.Civ.P 60(B) filed by Zakee Stuart−Holt.Follow up on Objection on 8/8/2022. (vln) (Entered: 07/25/2022) |
| 08/08/2022 | <u>75</u> | MOTION to Amend / Supplement <u>74</u> MOTION to Void 28 U.S.C. 2255 JUDGMENT, pursuant to Fed.R.Civ.P 60(B), filed by Zakee Stuart−Holt.Follow up on Objection on 8/22/2022. (vln) (Entered: 08/08/2022) |
| 11/15/2022 | <u>76</u> | USCA JUDGMENT entered by David J. Barron, Chief Appellate Judge; Jeffrey R. Howard, Appellate Judge and Gustavo A. Gelpi, Jr., Appellate Judge. 19−2261 Denied.* 20−1056 Denied.* * The portion of this ruling constituting "[t]he... denial of an authorization... to file a second or successive application shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari." See 28 U.S.C. § 2244(b)(3)(E). [19−2261, 20−1056]. (vln) (Entered: 11/17/2022) |
| 11/29/2022 | <u>77</u> | **ORDER denying <u>74</u> MOTION to Void 28 U.S.C. 2255 JUDGMENT, pursuant to Fed.R.Civ.P 60(B) ; denying <u>75</u> MOTION to Amend / Supplement 74 MOTION to Void 28 U.S.C. 2255 JUDGMENT, pursuant to Fed.R.Civ.P 60(B).** <br><br> So Ordered by Chief Judge Landya B. McCafferty.(vln) <br><br> (Entered: 11/29/2022) |
| 12/12/2022 | <u>78</u> | NOTICE of Change of Address *and request for status of Motion*, by Zakee Stuart−Holt(vln) (Entered: 12/12/2022) |
| 12/27/2022 | <u>79</u> | JUDGMENT entered by Sandra L. Lynch, Appellate Judge; William J. Kayatta, Jr., Appellate Judge and Lara E. Montecalvo, Appellate Judge. 20−2076 Denied [20−2076] (vln) (Entered: 12/28/2022) |
| 12/27/2022 | <u>80</u> | MOTION for Clarification re <u>77</u> Order on MOTION to Void 28 U.S.C. 2255 JUDGMENT, Order on Motion to Amend. filed by Zakee Stuart−Holt.(vln) |

| | | | |
|---|---|---|---|
| | | | (Entered: 12/28/2022) |
| 12/28/2022 | | | **ENDORSED ORDER re: <u>80</u> MOTION for Clarification re 77 Order on MOTION to Void 28 U.S.C. 2255 JUDGMENT, Order on Motion to Amend.** *Text of Order: The court considered all of the arguments in doc. nos. 74 and 75 and both motions were denied on the merits.* **So Ordered by Chief Judge Landya B. McCafferty.(vln) (Entered: 12/28/2022)** |
| 01/10/2023 | <u>81</u> | | MANDATE of USCA issued. [19−2261, 20−1056] (vln) (Entered: 01/10/2023) |
| 01/23/2023 | <u>82</u> | | Letter to Clerk of Court from Zakee Stuart−Holt re: Status of Appeal and Request for Updated Docket Sheet (vln) (Entered: 01/25/2023) |
| 01/25/2023 | <u>83</u> | | COURT RESPONSE to <u>82</u> Letter. (vln) (Entered: 01/25/2023) |
| 02/06/2023 | <u>84</u> | | NOTICE OF APPEAL as to <u>77</u> Order on MOTION to Void 28 U.S.C. 2255 JUDGMENT, pursuant to Fed.R.Civ.P 60(B) ; denying 75 MOTION to Amend / Supplement 74 MOTION to Void 28 U.S.C. 2255 JUDGMENT, pursuant to Fed.R.Civ.P 60(B)., Order on Motion to Amend, by Zakee Stuart−Holt. Filing fee $ 505, UNPAID. File−stamped copy to be sent to parties/USCA by Clerks Office. <br><br>**NOTICE TO COUNSEL: Counsel should register for a First Circuit CM/ECF Appellate Filer Account at <u>http://pacer.psc.uscourts.gov/cmecf/</u>. Counsel and pro se parties should also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at <u>http://www.ca1.uscourts.gov/cmecf</u>**(vln) (Entered: 02/13/2023) |
| 02/13/2023 | <u>85</u> | | Appeal Cover Sheet as to <u>84</u> Notice of Appeal, filed by Zakee Stuart−Holt (vln) (Entered: 02/13/2023) |
| 02/13/2023 | <u>86</u> | | Clerk's Certificate transmitting Record on Appeal to US Court of Appeals, documents numbered 77, 79, 82 − 86, re <u>84</u> Notice of Appeal. A copy of the Notice of Appeal mailed to all parties this date.(vln) (Entered: 02/13/2023) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Zakee Stuart-Holt

     v.                             Civil No. 17-cv-748-LM

United States of America

**O R D E R**

Under Federal Rule of Civil Procedure 60(b)(4), Petitioner Zakee Stuart-Holt moves to void the court's order and judgment denying his motion to vacate sentence under 28 U.S.C. § 2255. Doc. nos. 74 (motion to void judgment), 75 (motion to amend or supplement motion to void). Stuart-Holt argues that the court's order denying his § 2255 motion is "void" under Rule 60(b)(4) because he was denied due process. Specifically, Stuart-Holt contends that, as to four of his ineffective assistance of counsel claims, the court failed to give him notice of the reasons it denied the motion and misapplied the relevant standards for assessing ineffective assistance of counsel claims.

Rule 60(b)(4) allows the court to "relieve a party or its legal representative from a final judgment, order, or proceeding" if "the judgment is void." A motion under Rule 60(b)(4) "must be made within a reasonable time . . . ." Fed. R. Civ. P. 60(c)(1).

The court denies Stuart-Holt's motion for two reasons. First, Stuart-Holt's motion was not made "within a reasonable time." The court denied Stuart-Holt's

§ 2255 motion four years ago on November 8, 2018.  Since that time, Stuart-Holt has filed repetitive and frivolous motions seeking to undo that decision.  Doc. no. 73 (summarizing Stuart-Holt's "numerous motions" filed in this closed case and warning him that the court may consider placing limits on his filing if he continues "to file frivolous and duplicative motions").  Stuart-Holt has offered no reason for why he could not have advanced these arguments earlier.

Second, and in any event, Stuart-Holt's motion lacks merit.  The court's reasoning for denying Stuart-Holt's § 2255 motion is provided in its order denying the motion, doc. no. 20.  Stuart-Holt appealed the court's decision to the First Circuit, which affirmed.  Stuart-Holt has not shown that the court's ruling is "void" under Rule 60(b)(4) or otherwise subject to vacatur or reconsideration under any provision of Rule 60(b).  Stuart-Holt's motions (doc. nos. 74, 75) are denied.

Because Stuart-Holt has not made a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability.  See 28 U.S.C. § 2253(c)(2); Rule 11(a), Rules Governing Section 2255 Proceedings.

SO ORDERED.

_____
Landya McCafferty
United States District Judge

November 29, 2022

cc:  Zakee Stuart-Holt, pro se
     Counsel of Record

# United States Court of Appeals
## For the First Circuit

---

No. 20-2076

ZAKEE STUART-HOLT,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

---

Before

Lynch, Kayatta and Montecalvo,
<u>Circuit Judges</u>.

---

**JUDGMENT**

Entered: December 27, 2022

Petitioner-appellant Zakee Stuart-Holt is serving a 210-month sentence for controlled-substance and money-laundering offenses. Stuart-Holt did not file a direct appeal. He did pursue a collateral challenge pursuant to <u>28 U.S.C. § 2255</u>; the district court denied relief on the merits, and this court denied a certificate of appealability ("COA"). <u>See</u> No. 1:17-cv-00178-LM (D.N.H.); Appeal Nos. 18-2140 & 19-1738 (1st Cir.). Stuart-Holt then filed a motion invoking <u>Fed. R. Civ. P. 60(b)</u> in the district court. The district court denied relief, concluding Stuart-Holt's motion was a second-or-successive § 2255 motion that required pre-authorization from this court to file, and denied a COA. Stuart-Holt appealed, and the instant appeal was opened.

No COA will issue. As an initial matter, this court directed Stuart-Holt to apply for a COA, but he has failed to comply. <u>See</u> <u>1st Cir. R. 22.0(b)</u> (requiring "specific and substantial reasons . . . why a certificate should be granted" and noting that a COA "may be denied without further consideration" if petitioner fails to file a "sufficient memorandum"). Nevertheless, the court has considered the relevant portions of the record, and we conclude that the district court's denial of relief was not debatable or wrong because, regardless of Stuart-Holt's invocation of Rule 60(b), his filing was an attempted second-or-successive <u>28 U.S.C. § 2255</u> motion, authorization for which Stuart-Holt had not obtained from this court. <u>See</u> <u>Slack</u> v. <u>McDaniel</u>, <u>529 U.S. 473, 484</u> (2000) (debatable-or-wrong COA standard); <u>see also</u> <u>Gonzalez</u> v. <u>Crosby</u>, <u>545 U.S. 524</u> (2005)

(discussing difference between true Rule 60(b) motions and attempted second-or-successive § 2255 motions and concluding habeas petitioner may proceed under Rule 60(b) if the motion "confines itself not only to the first federal habeas petition, but to a nonmerits aspect of the first federal habeas proceeding"); <u>Bucci</u> v. <u>United States</u>, <u>809 F.3d 23, 26</u> (1st Cir. 2015) ("We have interpreted [§ 2255(h)] as stripping the district court of jurisdiction over a second or successive habeas petition unless and until the court of appeals has decreed that it may go forward.") (internal quotations omitted); <u>Pratt</u> v. <u>United States</u>, <u>129 F.3d 54, 57</u> (1st Cir. 1997) ("This statutory directive means that a district court, faced with an unapproved second or successive habeas petition, must either dismiss it [] or transfer it to the appropriate court of appeals . . . .") (internal citation omitted).

The court also is free to construe Stuart-Holt's filing as an application pursuant to <u>28 U.S.C. § 2255(h)</u> to pursue a second-or-successive § 2255 motion. <u>See</u> <u>Bucci</u>, <u>809 F.3d at 26</u>. Even so, relief is not warranted. The claim proffered by Stuart-Holt does not rely on the sort of new evidence or new rule contemplated by the gatekeeping provisions set out at § 2255(h).

In accordance with the foregoing, <u>no COA will issue</u>, any request for second-or-successive relief is <u>denied</u>, and this appeal is <u>terminated</u>.[1]

By the Court:

Maria R. Hamilton, Clerk

cc:
Zakee Stuart-Holt
Seth R. Aframe

---

[1] The portion of this ruling constituting "[t]he . . . denial of an authorization . . . to file a second or successive application shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari." <u>See</u> <u>28 U.S.C. § 2244(b)(3)(E)</u>.

FILED - USDC -NH
2023 JAN 23 AM 11:13

1/9/23

TO THE CLERK

I AM WRITING TO SEE IF MY NOTICE OF APPEAL
WITH REGARDS TO DOC NO 77 HAS BEEN DOCKETED?
ALSO CAN YOU PLS SEND ME AN UPDATED DOCKET SHEET
ALONG WITH THE COST FOR COPIES OF MY ORIGINAL
INDICTMENT. THANK YOU

SINCERELY

ZAKEE STUART-HOLT
#13922-049



Case 1:17-cv-00748-LM    Document 82    Filed 01/23/23    Page 3 of 3

UNITED STATES PENITENTIARY, ATWATER
P.O. BOX 019001
ATWATER, CA 95301    DATE: JAN 2 0 2023

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE
55 Pleasant Street, Room 110
Concord, New Hampshire 03301-3941

**Office of the Clerk**
 Daniel J. Lynch, Clerk of Court                Telephone: 603-225-1423
 Tracy A. Uhrin, Chief Deputy Clerk         Web: www.nhd.uscourts.gov

January 25, 2023

Zakee Stuart-Holt
13932-049
Atwater - US Penitentiary
Inmate Mail/Parcels
PO Box 019001
Atwater, CA 95301

Re: Stuart-Holt v. USA, Case Number: 17-cv-00748-LM

Dear Mr. Stuart Holt:

     I am writing in response to your letter dated January 19, 2023, in which you request the status of your notice of appeal regarding document number 77. In review of the docket sheet in this case, I find that a notice of appeal regarding document no. 77 has not been filed with the court. Please see enclosed docket sheet. I have also enclosed a courtesy copy of the indictment filed in criminal case 15-cr-178-02 LM.

Very truly yours,

Daniel J. Lynch, Clerk

By:    /s/ Vincent Negron
           Vincent Negron
           Deputy Clerk

FILED - USDC -NH
2023 FEB 6 AM 11:52

ZAKEE STUART-HOLT

V.

UNITED STATES

NOTICE OF APPEAL

Now Comes Petitioner ZAKEE STUART-HOLT PROSE

INFORMING THE COURT OF HIS INTENT

TO APPEAL DOC. NO 77

FILED - USDC -NH
2023 FEB 6 AM 11:52

I AM ZAKEE STUART-HOLT

ON OR ABOUT DEC 22,2022  IN ACCORDANCE

WITH THE MAILBOX RULE  I FILED A NOTICE TO

THE COURT OF MY INTENT TO APPEAL DOC.No

77

ON FEB 1,2023  I WAS INFORMED BY THE COURT

AFTER INQUIRING INTO THE STATUS OF THE

APPEAL THAT THE COURT DID NOT RECIEVE

MY NOTICE

I SWEAR UNDER PENALTY OF PERJURY
TO THE FACTS ASSERTED

2/1/23

I SWEAR UNDER PENALTY OF PERJURY THAT THIS

MOTION WAS FILED BEARING PRE PAID U S

POSTAGE ON THE ENVELOPE ADDRESSED TO 55

PLESANT ST, SUITE 110 CONCORD NH AND GIVEN

TO PRISON STAFF IN ACCORDANCE WITH THE

MAILBOX RULE ON

FEB 2, 2023



ZAKEE SHARR-HOLMES
U.S. PENITENTIARY ATWATER
P.O. BOX 019001
ATWATER, CA 95301

Case 1:17-cv-00748-LM   Document 84   Filed 02/06/23   Page 4 of 4

SACRAMENTO CA 957
3 FEB 2023   PM 5 L

CLERK OF COURT
55 PLEASANT ST, RM 110
CONCORD, NH 03301

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1.  USDC/NH Case No. 17-CV-748-LM

2.  TITLE OF CASE: ZAKEE STUART-HOLT v. USA

3.  TYPE OF CASE: Civil

4.  NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
    See certified copy of docket (ECF registered users not provided with a copy of docket)

5.  NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
    See certified copy of docket (ECF registered users not provided with a copy of docket)

6.  NAME OF JUDGE: Judge McCafferty

7.  DATE OF JUDGMENT OR ORDER ON APPEAL: **November 29, 2022**

8.  DATE OF NOTICE OF APPEAL: **February 6, 2023**

9.  FEE PAID or IFP :YES

10. COURT APPOINTED COUNSEL: NO

11. COURT REPORTER(S):   and DATES: N/A
    See certified copy of docket (ECF registered users not provided with a copy of docket)

12. TRANSCRIPTS ORDERED/ON FILE: NO

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: NO

15. GUIDELINES CASE: NO

16. RELATED CASES or CROSS APPEAL:

17. SPECIAL COMMENTS:

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

ZAKEE STUART-HOLT

      v.                                      No. 17-cv-748-LM

UNITED STATES OF AMERICA

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

    I, Vincent Negron, Deputy Clerk of the United States District
Court for the District of New Hampshire, do hereby certify that the
following documents constitute the record on appeal to the First
Circuit Court of Appeals:

    DOCUMENTS NUMBERED: 77, 79, 82 - 86

    The Clerk's Office hereby certifies the record and docket sheet
available through ECF to be the certified record and the certified
copy of the docket entries.

                           IN TESTIMONY WHEREOF, I hereunto
                           set my hand and affix the seal
                           of said Court, at Concord, in
                           said District, on this day,

**DANIEL J. LYNCH, Clerk**

**By: /s/ Vincent Negron, Deputy Clerk**
**Feb 13, 2023**